UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL ASHLEY HARDEN ) | INDICTMENT NO. CR605-00006-001 |

## ORDER

On April 4, 2012, the Court entered an Order denying Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). On May 16, 2012, Defendant filed a Motion for Reconsideration of the Court's ruling.

Defendant's Motion reflects a submission date of April 28, 2012, and is postmarked May 2, 2012. This Court has jurisdiction over a motion to reconsider its decision in a § 3582 proceeding only within the 14 days following that decision allowed by Fed. R. Crim. P. 35(a) for correction of sentence. See United States v. Phillips, 597 F.3d 1190, 1198 (11th Cir. 2010) (applying Rule 35(a) limitation to reconsideration of grant of 3582 motion); United States v. Blaine, 409 Fed. Appx. 253, 261 & n.10 (11th Cir. 2010) (denial of 3582 motion).

Defendant's Motion to Reconsider was not timely submitted and is therefore **DENIED**.

SO ORDERED, this /2 day of June, 2012.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia